| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Harwell, Robert B. | 2. Court or Organization<br><br>U.S. District Court of S.C. | 3. Date of Report<br><br>08/02/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>401 West Evans Street<br>McMillan Federal Bldg<br>Florence, SC 29501 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | Harwell Farms and Investment, Inc. |
| 2. | Personal Representative / Executor | Estate of David W. Harwell |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 08/02/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/16 | South Carolina Judges - Solicitors Retirement System Survivors Annuity (named beneficiary of monthly survivor annuity from deceased father | $19,458.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab (H) | | | | | | | | | |
| 2. -Charles Schwab Cash Accounts | A | Interest | M | T | | | | | |
| 3. -Dimensional Fund Advisors Tax Man US Mktwde | A | Dividend | K | T | | | | | |
| 4. Wells Fargo &Co Common Stock(and former Wachovia Bank Stock) | A | Dividend | J | T | | | | | |
| 5. Autoliv Inc. Common Stock | A | Dividend | J | T | | | | | |
| 6. Citizens Bank "Accounts" (X) | A | Interest | N | T | | | | | |
| 7. The Bank of Clarendon "Account" | A | Interest | M | T | | | | | |
| 8. South State Bank "Accounts" | A | Interest | N | T | | | | | |
| 9. Anderson Brothers Bank "Account" | A | Interest | M | T | | | | | |
| 10. Conway National Bank "Account" | A | Interest | M | T | | | | | |
| 11. Carolina Bank "Account" | A | Interest | M | T | | | | | |
| 12. BB&T Bank "Accounts" | A | Interest | N | T | | | | | |
| 13. Harwell Farms & Investment 12 1/2% 12/31/04 compiled $31M | A | Dividend | K | U | | | | | |
| 14. PCDG, LLC (10%) 1998 & 2000 $32,000 | | None | K | R | | | | | |
| 15. Charles Schwab IRA#1 | | | | | | | | | |
| 16. -Charles Schwab Cash Fund | A | Interest | N | T | | | | | |
| 17. Charles Schwab IRA#2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Charles Schwab cash fund | A | Interest | K | T | | | | | |
| 19. Charles Schwab IRA #3(Y) | | | | | | | | | See note #2 |
| 20. -Charles Schwab cash fund | A | Interest | M | T | | | | | |
| 21. SC Future Scholar Plan #1, Age-Based Moderate Track | | None | K | T | | | | | |
| 22. SC Future Scholar Plan #2, Age-Baseed Moderate Track | | None | K | T | | | | | |
| 23. Claussen Farms, Florence, SC (1999 - $125,000) | | None | M | R | | | | | |
| 24. SC Tuition Prepayment Program #1(no control) | | None | K | T | Redeemed (part) | 12/31/16 | J | | |
| 25. SC Tuition Prepayment Program #2 (no control) | | None | J | T | Redeemed (part) | 12/31/16 | J | | |
| 26. Wells Fargo Beneficiary IRA- First Clearing LLC | | | | | | | | | |
| 27. -Bank of America stock | A | Distribution | K | T | | | | | |
| 28. -BB&T stock | B | Distribution | L | T | | | | | |
| 29. -Duetsche Inv. Trust Core Equity Fund | A | Distribution | K | T | | | | | |
| 30. Edward Jones Beneficiary IRA | | | | | | | | | |
| 31. -Amcap Fund - Class A | A | Distribution | K | T | | | | | |
| 32. -Capital Income Builder Class A | A | Distribution | K | T | | | | | |
| 33. -Europacific Fund- Class A | A | Distribution | K | T | | | | | |
| 34. -Income Fund of America - Class A | B | Distribution | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -New World Fund - Class A | A | Distribution | J | T | | | | | |
| 36. -Small Cap World Fund - Class A | A | Distribution | J | T | | | | | |
| 37. -New Economy Fund - Class A | A | Distribution | K | T | | | | | |
| 38. Estate #1 (50%)(H) | | | | | | | | | see note #6 |
| 39. -Bell Legal Group Georgetown SCAccounts Receivable (Y) | D | Distribution | J | W | Open | 09/30/15 | J | | See Note #2 |
| 40. -R & D Holdings, LLC (50%) $114,664 Probate Inventory and Appraisement | | None | | | Distributed | 12/02/16 | L | | See note #1 |
| 41. - A Services, LLC & ASG Services LLC (1.91%) Probate Inventory & Appra | E | Distribution | | | Distributed | 12/01/16 | J | A | See Note #1 |
| 42. -Surf Golf and Beach Club 1 share $8,000 Probate Inventory & Appraisem | | None | | | Distributed | 11/02/16 | J | | |
| 43. Wells Fargo Securities Accounts (H) | | | | | | | | | |
| 44. -Wells Fargo Cash accounts | A | Interest | N | T | Distributed (part) | 11/02/16 | N | A | see Note #5 |
| 45. -BB&T Corp Common Stock | D | Dividend | | | Distributed | 11/02/16 | O | E | see note#5 |
| 46. -Toronto Dominion Bank Common Stock | A | Dividend | | | Distributed | 11/02/16 | J | B | see note # 5 |
| 47. -Bank of America Common Stock | A | Dividend | | | Distributed | 11/02/16 | K | A | see note #5 |
| 48. -American Express Co. Common Stock | A | Dividend | | | Distributed | 11/02/16 | K | | see note#5 |
| 49. -Ameriprise Financial Inc. Common Stock | A | Dividend | | | Distributed | 11/02/16 | J | | see note #5 |
| 50. -Chevron Corp. Common Stock | A | Dividend | | | Distributed | 11/02/16 | J | C | see note #5 |
| 51. -Corning Inc. Common Stock | A | Dividend | | | Distributed | 11/02/16 | J | C | seeNote #5 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Fannie Mae Common Stock | | None | | | Distributed | 11/02/16 | J | | see note#5 |
| 53. -Home Depot Inc. Common Stock | A | Dividend | | | Distributed | 11/02/16 | J | A | see note #5 |
| 54. -Medtronic PLC Common Stock | A | Dividend | | | Distributed | 11/02/16 | K | C | See note #5 |
| 55. - Target Corp Common Stock | A | Dividend | | | Distributed | 11/02/16 | K | | see note #5 |
| 56. -Deutsche Invt TR Core Equity FD Class S | A | Dividend | | | Distributed | 11/02/16 | M | C | see note #5 |
| 57. -High 50 Devidend Strategy Series 15-3Q CA | A | Dividend | | | Distributed | 11/02/16 | K | C | see note#5 |
| 58. -Wells Fargo Managed Brokerage Account | C | Interest | | | Closed | 11/02/16 | N | A | See note #1 |
| 59. -Bank of America Accounts | A | Interest | | | Closed | 11/02/16 | M | A | See note #1 |
| 60. Wells Fargo Securities Account(X)(H) | | | | | | | | | |
| 61. -Wells Fargo Cash Account | A | Int./Div. | N | T | Open | 11/02/16 | N | | See note #1 |
| 62. -BB&T Corp Common Stock | A | Dividend | N | T | | 11/02/16 | N | | See note #1 |
| 63. -Toronto Dominion Bank Common stock | A | Dividend | J | T | | 11/02/16 | J | | See note #1 |
| 64. -Bank of America Common stock | A | Dividend | K | T | | 11/02/16 | K | | See note #1 |
| 65. -American Express Co. Common Stock | A | Dividend | J | T | | 11/02/16 | J | | See note #1 |
| 66. -Ameriprise Financial Inc. Common Stock | A | Dividend | J | T | | 11/02/16 | J | | See note #1 |
| 67. -Chevron Corp. Common Stock | A | Dividend | J | T | | 11/02/16 | J | | See note #1 |
| 68. -Corning Inc, Common Stock | A | Dividend | J | T | | 11/02/16 | J | | See note #1 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fannie Mae Common Stock | | None | J | T | | 11/02/16 | J | | See note #1 |
| 70. -Home Depot Inc. Common Stock | A | Dividend | J | T | | 11/02/16 | J | | See note #1 |
| 71. -Medtronic PLC Common Stock | A | Dividend | J | T | | 11/02/16 | J | | See note #1 |
| 72. -Target Corp Common Stock | A | Dividend | J | T | | 11/02/16 | J | | See note #1 |
| 73. -Deutsche Invt TR Core Equity FD Class S | A | Int./Div. | L | T | | 11/02/16 | L | | See note #1 |
| 74. -High 50 Dividend Strategy Series 15-3Q CA | A | Int./Div. | J | T | | 11/02/16 | J | | See note #1 |
| 75. R&D Holdings.LLC (50%) 114,664 Probate Inventory and Appraisement(X) | | None | | | | 10/25/16 | L | | See note #1 |
| 76. | | | | | Sold | 12/02/16 | L | A | |
| 77. A Services, LLC & ASG Services LLC (17500units) (X) | B | Distribution | J | V | | 12/02/16 | J | | See note #1 and Note #4 |
| 78. Property Cherry Grove Beach,SC (50%) $770,000(X) | | None | | | | 10/25/16 | N | | See Note #3 and Note#4 |
| 79. | | | | | Sold | 12/21/16 | N | A | |
| 80. Property Lot 2 Phase1 / Shafesbury Glen Conway,SC(50%) $46,000(X) | | None | | | | 10/25/16 | K | | See Note #3 and Note#4 |
| 81. | | | | | Sold | 12/02/16 | K | A | |
| 82. Property Lot 12 Terrace Drive Florence, SC (X) | | None | | | | 10/25/16 | J | | See Note #3 |
| 83. | | | | | Donated | | | | |
| 84. Property 2208 Timberlane Drive Florence,SC (50% )$250,000(X) | | None | M | V | | 10/25/16 | M | | See Note #3 and Note#4 |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 08/02/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1 .Inherited/ Distributed from Estate

Note #2 Erroneously omited and reported incorrectly.   (As to Line 39,  Partial paymnet on this acct. receivable was received in 2016. Original acct. receivable was approx. $24k. The value code shown is after the partial payment in 2016.)

Note #3 Nonincome producing property distributed on 10/25/16 from estate.

Note #4 Value based on Probate Inventory and Appraisment

Note #5  Assets of Estate were distributed and I received my  1/2 interest and opened  LINE  60

Note #6  I am 50% beneficiary of gross values shown

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert B. Harwell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544